[No. 42287-5-II.   Division Two.   November 6, 2012.]

HAROLD GENE DAVIS ET AL., *Appellants*, v. PLEASANT FOREST CAMPING CLUB ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-02446-5, Paula Casey, J., entered July 7, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J.; Quinn-Brintnall, J., concurring separately.

[No. 42466-5-II.   Division Two.   November 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE BOLDUC, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-05408-3, Garold E. Johnson, J., entered July 12, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 29842-6-III.   Division Three.   November 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL ROBERT ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01602-9, Blaine G. Gibson, J., entered March 11, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 29754-3-III.   Division Three.   November 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SCOTT NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00098-2, Allen Nielson, J., entered March 1, 2011. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.